[No. 81873-8.   En Banc.]
Argued October 29, 2009.      Decided April 15, 2010.

SANDRA LAKE, *Respondent*, v. WOODCREEK HOMEOWNERS ASSOCIATION ET AL., *Petitioners*.

The opinion in the above captioned case as reported in the advance sheets at 168 Wn.2d 694-713 has been amended by order of the Supreme Court dated September 15, 2010. The amended opinion is republished at 169 Wn.2d 516.